# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0121
_____

ROBERT W. WING,

    Appellant,

v.

MONICA D. WING,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt and Linda F. McCallum, Judges.

February 21, 2018

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lawrence C. Datz of Datz & Datz, P.A., Jacksonville, for Appellant.

Michael M. Giel of Giel Family Law, P.A., and Elliot Zisser of Zisser Law, PLLC, Jacksonville, for Appellee.